# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Pamela S. Hollis | **Date** | January 4, 2017 |
| **Bankruptcy Case No.** | 15 B 30477 | **Adversary No.** | |

**Title of Case** Rabeh Awad

**Brief Statement of Motion** Motion for relief from stay by MTGLQ Investors, LP.   (EOD #28)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the motion for relief from stay by MTGLQ Investors, LP is denied for failure to provide said draft order within fourteen (14) days.

*/s/ Pamela S. Hollis*